IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. ALLEN, | ) | |
| | ) | 8:11CV276 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FIRST MORTGAGE COMPANY, LLC, | ) | |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC., | ) | |
| US BANK NATIONAL ASSOCIATION, | ) | |
| CHASE HOME FINANCE, LLC, | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*. On August 22, 2011, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 7. The parties' deadline for filing the report was September 7, 2011. The defendants filed a planning report on September 16, 2011, however, no planning report has been filed by the plaintiff. **See** Filing No. 9. Further, the defendants state in their report that the defendants' counsel tried to contact the plaintiff's counsel on multiple occasions without success. Accordingly,

**IT IS ORDERED:**

The plaintiff shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before the close of business on September 26, 2011, or** show cause why sanctions should not be imposed upon the plaintiff and/or his counsel in accordance with Fed. R. Civ. P. 16(f).

DATED this 19th day of September, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge